FILED
NOV 29 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON SCOTT ROBEY, <br><br> Defendant. | Case No. CR-14-39-BLG-SPW <br><br> **ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL** |

Upon the Defendant's Motion to File Documents Under Seal (Doc. 88), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Revocation Hearing Exhibit is filed under seal.

The Clerk of the Court is directed to notify counsel of the making of this Order.

DATED this 29th day of November, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1